UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BARTRAM YIHNI DABNEY,

                Plaintiff,

      -against-                          9:11-CV-0273 (LEK/RFT)

DONALD SAWYER, Executive Director,
Marcy Mental Hospital; JOANN
WALDRON, Chief of OMH Satellite,
Clinton Correctional Facility; DR.
BERGEN, Psychiatrist, Clinton
Correctional Facility; DR. LEE, Medical
Director, Clinton Correctional Facility; DR.
FAROOKI, Dentist; SARA NEPHEW,
OMH Therapist, Clinton Correctional
Facility; C.O. BEESHAW, Correctional
Officer, Clinton Correctional Facility; DR.
BATTU, Psychiatrist, Great Meadow
Correctional Facility; J. NOCERA,
Assistant Inspector General, Department
of Correctional Services; and V.
DONAHUE, Social Worker, Great
Meadow Correctional Facility,

                Defendants.

## ORDER

This *pro se* action under 42 U.S.C. §§ 1983, 1985, and 1986 comes before the Court on a Report-Recommendation filed September 13, 2013, by the Honorable Randolph F. Treece, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). Dkt. No. 59 ("Report-Recommendation"). Judge Treece recommends that Defendants' Motion for judgment on the pleadings be granted as to Plaintiff's claims for: (1) improper investigation by Defendant J. Nocera; (2) inadequate winter clothing provision by Defendant Foley; and (3) inadequate medical care by

Dr. Lee for Plaintiff's sore rib.[1]  See Report-Rec. at 24; Dkt. No 48 ("Motion").  Judge Treece recommends denying Defendants' Motion as to Plaintiff's claims for: (4) inadequate mental health care by Defendants Sawyer, Waldron, Savage, Donahue, Battu, Bergen, and Nephew; (5) inadequate physical health care by Dr. Lee for Plaintiff's Hepatitis C; and (6) inadequate dental care by Defendant Farooki.  Id. at 24-25.  Judge Treece also recommends that the following claims, on which Defendants did not seek judgment on the pleadings, should proceed: (7) retaliation by Defendants Donahue, Bergen, Beeshaw, Savage, Waldron, Sawyer, and Nephew; (8) conspiracy among Defendants Savage, Waldron, Bergen, Sawyer, and Nephew; (9) racial discrimination by Defendants Foley and Dr. Lee; and (10) failure to protect by all Defendants.  Id. at 25.

Neither Plaintiff nor Defendants filed objections to the Report-Recommendation within the fourteen-day objection period.  See 28 U.S.C. § 636(b); FED. R. CIV. P. 72(b)(2).  See generally Dkt.  The Court therefore has reviewed the Report-Recommendation for clear error and found none.  See Cephas v. Nash, 328 F.3d 98, 107 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Farid v. Bouey, 554 F. Supp. 2d 301, 306-07 & n.2 (N.D.N.Y. 2008).

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 59) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' Motion (Dkt. No. 48) for judgment on the pleadings is **GRANTED in part** consistent with the Report-Recommendation (Dkt. No. 59); and it is further

---

[1] Judge Treece recommends that Plaintiff's second and third claims be dismissed without prejudice to Plaintiff repleading them in an amended complaint with proper support.

2

**ORDERED**, that Plaintiff is granted leave to file an amended complaint **within thirty (30) days** of the filing of this Order to cure the deficiencies in his claims as identified in the Report-Recommendation. Any amended complaint will supersede the original Complaint in all respects and therefore must be a complete pleading; and it is further

**ORDERED**, that this case is referred back to Judge Treece to lift the stay and set a schedule for proceeding; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on all parties.

**IT IS SO ORDERED.**

DATED: September 30, 2013
Albany, NY

_____
Lawrence E. Kahn
U.S. District Judge